MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.* | ) | CIVIL ACTION |
| Plaintiffs, | ) | NO. 09 C 2128 |
| v. | ) | JUDGE JOHN W. DARRAH |
| G. & C. CONSTRUCTION & SEALANTS, INC., an Illinois corporation, | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

This matter coming on to be heard upon Plaintiffs' Motion to Enforce the Terms of a Consent Decree and Settlement Agreement and Entering Judgment Against Defendant, it appearing to the Court that the Defendant has agreed to the entry of judgment in accordance with the provisions of a Consent Decree and Settlement entered by this Court on February 26, 2010, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. On February 26, 2010, a Consent Decree incorporating the terms of a Settlement Agreement by the parties was entered by this Court through which the Court retained jurisdiction to enforce the Consent Decree and incorporated Settlement Agreement.

3. Defendant acknowledged that it owed the total amount of $75,928.80, with interest on the declining balance at the rate of 3.25% (the then current prime rate) per year, for liquidated

damages and interest incurred for January 2008 through December 2009 and court costs and attorneys' fees incurred through January 31, 2010, as described in the Settlement Agreement.

4. Defendant also acknowledged that if it failed to timely make any of the payments to the Funds as set forth in the Settlement Agreement, failed to timely report and pay its regular monthly contributions to the Funds during the course of the repayment schedule, or otherwise failed to comply with the Settlement Agreement, it would be considered in breach of the Settlement Agreement. Upon breach of the Settlement Agreement, any payments remaining due pursuant to the payment schedule, and all costs and attorneys' fees incurred after January 31, 2010 to collect such amounts or enforce the Settlement Agreement, became immediately due and owing, and Defendant agreed to allow the Court to enter judgment against it upon a motion by the Funds to enforce the Consent Decree.

5. Defendant breached the Settlement Agreement and Consent Decree by making the payments due March 1, 2010 and April 1, 2010 late, and by failing to submit the payments due on May 1, 2010, June 1, 2010, July 1, 2010, August 1, 2010, September 1, 2010 and November 1, 2010. Defendant further breached the Settlement Agreement and Consent Decree by paying its contributions late for January through May 2010, and by failing to report and pay its regular contributions for June 2010 to the present.

6. Nothing in the Settlement Agreement or this Order limits the rights of the Funds to examine the payroll books and records of Defendant for any unaudited period in order to determine Defendant's compliance with its contribution obligations, nor do the terms of the Settlement Agreement or this Order limit or modify the Funds' right to recover from Defendant any additional amounts which may become due or which may be found to have been due as a result of such an audit.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendant, G. & C. CONSTRUCTION & SEALANTS, INC., $64,233.26, being the total amount remaining due for liquidated damages, interest, costs and attorneys' fees for the time period January 2008 through December 2009 pursuant to the Consent Decree and Settlement Agreement.

B. That Plaintiffs recover from the Defendant, G. & C. CONSTRUCTION & SEALANTS, INC., the additional sum of $2,857.50 for attorneys' fees incurred by the Plaintiffs since January 31, 2010, including the preparation of the instant motion and an estimated one (1) hour of attorneys' fees to appear for the hearing on the instant motion to reopen to enforce the Consent Decree and Settlement Agreement.

C. That Plaintiffs recover from the Defendant, G. & C. CONSTRUCTION & SEALANTS, INC., the total sum of **$67,090.76**, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

D. That Plaintiffs are awarded their costs and attorneys' fees to execute on, or otherwise collect this judgment.

ENTER:

John Darrah

UNITED STATES DISTRICT JUDGE

DATED: November 16, 2010

Prepared by:
Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\52J\G & C\#21591\judgment order-enforce consent.pnr.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he caused a copy of the foregoing document (Judgment Order) to be served upon:

Mr. Todd A. Miller
Ms. Kathleen M. Cahill
Allocco Miller & Cahill
3409 N. Paulina Street
Chicago, IL 60657

by U.S. Mail on or before the hour of 5:00 p.m. this 5th day of November 2010.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\52J\G & C\#21591\judgment order-enforce consent.pnr.df.wpd